IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:18-CR-154 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| ERICKA ACOSTA | : | 18 U.S.C. § 641 |
| Defendant | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 641)

On or about August 28, 2018, in the Southern District of Ohio, the Defendant, **ERICKA ACOSTA**, did willfully embezzle, steal, purloin, and knowingly convert to her use or the use of another, a thing of value of the United States, to wit: property of the Army and Air Force Exchange Service, which value did not exceed one thousand dollars.

In violation of 18 U.S.C. § 641.

BENJAMIN C. GLASSMAN
United States Attorney

JULIENNE MCCAMMON
Special Assistant United States Attorney